UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| WILLIAM MULCAHY,<br><br>   Plaintiff,<br><br>   v.<br><br>TOWN OF NEW CHICAGO, INDIANA, *et al.*,<br><br>   Defendants. | Case No. 2:24-CV-344-GSL-JEM |

## ORDER

This matter is before the Court on Magistrate Judge John E. Martin's Report and Recommendation [DE 46] entered on September 3, 2025. For the reasons fully explained in the Report, Magistrate Judge Martin recommends that Defendant Lake County, Indiana, be dismissed without prejudice from this case due to Plaintiff's lack of service and failure to prosecute the matter.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (internal citations omitted) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error"). The Court has reviewed the Report and Recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Magistrate Judge Martin's Report and Recommendation [DE 46] in full and **ORDERS** that Defendant Lake County, Indiana be **DISMISSED without prejudice**.

SO ORDERED.

ENTERED: September 18, 2025

/s/ GRETCHEN S. LUND
Judge
United States District Court